| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>WIDENER, JR., HIRAM E | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 4th Cir | 3. Date of Report<br><br>04/21/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE – Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ⊙ Annual  ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. Box 868<br><br>Abingdon, Virginia 24212-0868 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 28 A 9 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Interest on accumulated dividends, Lincoln Nat. Life | 775 |

### B. Spouse's Non-Investment Income - (if you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WIDENER, JR., HIRAM E | 04/21/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Dominion Nat. Bank; Grundy, VA | Endorser on note of ▆▆▆▆▆ | K |

| Name of Person Reporting | Date of Report |
|---|---|
| WIDENER, JR., HIRAM E | 04/21/2004 |

## VII INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Parcel #1, Washington County, Va, | | None | J | W | | | | | |
| 2. Parcel #2, Washington County Va., ▮▮▮ | | None | J | W | | | | | |
| 3. Parcel #3, Washington County Va. ▮▮▮ | | None | J | W | | | | | |
| 4. Swapped ▮▮ lots for 1/11 remainder interest in Parcel #3 | | None | J | W | | | | | |
| 5. Swapped ▮ lots for another 1/11 interest in Parcel #3 | | None | J | W | | | | | |
| 6. Purchased 1/11 remainder interest in Parcel #3 | | None | J | W | | | | | |
| 7. Purchased 1/11 fee simple interest in Parcel #3 | | None | J | W | | | | | |
| 8. Parcel #4, 7-1/2% int. in minerals, ▮▮▮ Farm, Wash. Co. | | None | J | W | | | | | |
| 9. Parcel #5, a part of ▮▮▮, Wash. Co., Va | B | Rent | L | W | | | | | |
| 10. Parcel #6, another part of ▮▮▮ Farm | B | Rent | J | W | | | | | |
| 11. Parcel #7, another part of ▮▮▮ Farm | | None | J | W | | | | | |
| 12. 1992 - Savings acct #1, Highlands Union Bank, Abingdon, Va | A | Interest | K | T | | | | | |
| 13. 1992 - Va. Flagship tax-exempt fund (municipal securities) | C | Dividend | L | T | Partial sale | * | K | | |
| 14. Savings Acct. #2, Highlands Union Bank, Abingdon, Va | A | Interest | J | T | | | | | |
| 15. Savings Acct. #3, Highlands Union Bank, Abingdon, Va | A | Interest | J | T | | | | | |
| 16. CNS Common Stock | A | Dividend | J | T | | | | | |
| 17. Highlands Union Bank Common Stock | A | Dividend | J | T | | | | | |
| 18. Albemarle First Bank Common Stock | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   * = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WIDENER, JR., HIRAM E | 04/21/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Savings Acct. #4, Highlands Union Bank, Abingdon, Va | A | Interest | K | T | Closed | 3-5 | K | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Section VI:   Face amount of $90,000

Section VII:

Line 6:   Purchase price $500 or less from revenue stamps on deed.

Line 7:   Purchase price $2,000 from revenue stamps on deed.

Line 8:   Inheritance tax return.

Lines 9, 10:   In May of 1990, as part of a property settlement agreement incident to a divorce, ▮▮▮▮▮ conveyed to me her 1/2 interest in this land.

Line 13:   Partial sale of municipal bond fund:

    01-29-03   $4,500
    04-25-03   $5,000
    07-22-03   $3,000
    09-19-03   $3,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████     Date _4/21/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544